

**U.S. Department of Justice**

**Federal Bureau of Prisons**

---

Office of the General Counsel                                    Washington, DC 20534

MEMORANDUM FOR C. M. RIJOS, ACTING WARDEN
                FEDERAL CORRECTIONAL COMPLEX
                COLEMAN, FLORIDA

KENNETH HYLE  Digitally signed by KENNETH HYLE
              Date: 2020.06.03 09:10:46 -04'00'

FROM:          Ken Hyle
               Assistant Director/General Counsel

SUBJECT:       WOODSON, Andre
               Federal Register No. 03071-104
               Request for Reduction in Sentence

The above-referenced inmate has requested a reduction in sentence under Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g).

Under 28 C.F.R. § 571.63(b), "When an inmate's request for consideration under 18 U.S.C. § 4205(g) or 3582(c)(1)(A) is denied by the General Counsel, the General Counsel shall provide the inmate with a written notice and statement of reasons for the denial. This denial constitutes a final administrative decision."

Following review, it has been determined that Mr. Woodson does not meet the criteria for compassionate release. Therefore, his request is denied to allow for further consideration by the sentencing court.

This memorandum constitutes exhaustion of administrative remedies under 18 U.S.C. § 3582(c)(1)(A), and will allow for further judicial review of this request.

Please provide a copy of this memorandum to Mr. Woodson, or his representatives, as soon as possible.

cc:  United States Attorney's Office, S.D. Florida